UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
AUG -9 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

GEORGE BOYD, *et al.*,
individually and on behalf of
all others similarly situated,
          Plaintiffs,

v.                                       Civil No. 2:13cv273

LAW OFFICES OF SHAPIRO,
BROWN & ALT, LLP, *et al.*,
          Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Motion to Transfer Cases and Consolidate. ECF No. 13. The parties agree that this case should be consolidated with *Moore v. Law Offices of Shapiro, Brown & Alt, LLP*, Civil Action No. 4:11cv122 for pretrial and settlement purposes. *See* ECF No. 30. Accordingly, Plaintiff's motion is **GRANTED**.

The Clerk of Court is hereby **REQUESTED** to consolidate Civil Actions 2:13cv273 and 4:11cv122 for pretrial and settlement purposes, with Civil Action 4:11cv122 as the lead case, and assign this case to the undersigned United States District Judge and to United States Magistrate Judge Tommy E. Miller.

**IT IS SO ORDERED.**

                                              Arenda L. Wright Allen
                                              United States District Judge

August 9, 2013
Norfolk, Virginia