IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ERIC S. MOORE, SR., *et al.*, *individually and on behalf of all other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> SHAPIRO, BROWN & ALT, LLP, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:14-cv-832 (DJN) |

**PLAINTIFFS' MOTION TO COMPEL NON-PARTY FIRST FINANCIAL TITLE AGENCY OF VIRGINIA, INC. TO PROVIDE FULL AND COMPLETE RESPONSE TO PLAINTIFFS' SUBPOENA DATED JUNE 8, 2015**

COMES NOW the Plaintiffs, by counsel, pursuant to Rule 37 and Rule 45 of the Federal Rules of Civil Procedure and moves this Court to enter the Proposed Order attached hereto compelling non-party First Financial Title Agency of Virginia, Inc. ("FFTAV") to provide a full and complete response to Plaintiffs' subpoena dated June 8, 2015, for the reasons set forth in the Memorandum of Law filed contemporaneously herewith.

Plaintiffs certify pursuant to Local Rule 37 that their counsel have met and conferred with FFTAV's counsel through multiple telephone calls and e-mail over the course of several weeks to resolve the issues in this motion.

                                                 Respectfully submitted,

                                                 **PLAINTIFFS**

                                                 \_\_\_/s/_____
                                                 Kristi C. Kelly, Esq. (VSB #72791)
                                                 Andrew J. Guzzo, Esq. (VSB #82170)
                                                 Kelly & Crandall, PLC
                                                 4084 University Drive, Suite 202A
                                                 Fairfax, VA 22030

1

Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Matthew J. Erausquin, VSB No. 65434
Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:    (888) 892-3512
Email: matt@clalegal.com
Email: casey@clalegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendants*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
*Counsel for Defendants and Non-Party First Financial Title Agency of Virginia, Inc.*

Bizhan Beiramee, Esq., (VSB #50918)
Alexander R. Green, Esq. (VSB #83937)
Beiramee Law Group, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
Phone: (301) 547-3805
Fax: (703) 483-9599
Email: bbeiramee@beiramee.com
Email: agreen@beiramee.com
*Counsel for Defendants and Non-Party First Financial Title Agency of Virginia, Inc.*

Michael W. Tompkins, VSB #31888
8100 Boone Boulevard, Suite 600
Vienna, Virginia 22182-2649
(T) (703) 245-0286 (MWT)
(F) (703) 821-1618
Michael.Tompkins@fnf.com
*Counsel for Non-party Black Knight Financial Services, Inc.*

                                          ___/s/_____
                                     Kristi C. Kelly, Esq. (VSB #72791)
                                     KELLY & CRANDALL, PLC
                                  4084 University Drive, Suite 202A
                                        Fairfax, VA 22030
                                      Telephone: 703-424-7572
                                          Fax: 703-591-0167
                                 Email: kkelly@kellyandcrandall.com
                                          *Counsel for Plaintiffs*