IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| ERIC S. MOORE, SR., *et al.*, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHAPIRO & BURSON, LLP, ) <br> Defendant. ) <br> _____ ) | Civil No. 3:14cv832 (DJN) |

## ORDER

This matter comes before the Court on non-party Streamline Title & Escrow Services, LLC's ("Movant") Motion to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action and 30(B)(6) Deposition Notice (ECF No. 102) and Motion for Entry of a Protective Order (ECF No. 104).

Having reviewed the Motion and its accompanying memorandum in support, the Court DENIES the Motion to Quash (ECF No. 102). Movant shall comply with Plaintiffs' October 13, 2015 Subpoena to Testify at a Deposition at a Civil Action and the 30(b)(6) Deposition Notice not later than November 21, 2015.

Further, the Court GRANTS the Motion for Entry of a Protective Order (ECF No. 104). Movant shall provide a draft of a protective order to Plaintiffs and file a draft of the agreed protective order for the Court's approval.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: November 4, 2015