UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ERIC S. MOORE, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 3:14-cv-832 |
| | : | |
| SHAPIRO & BURSON, LLP, *et al.* | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER**

THIS DAY CAME the Plaintiffs, by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division to dismiss the above-styled civil action with prejudice, as the Plaintiffs have resolved their claims against Defendants Law Offices of Shapiro, Brown & Alt, LLP f/k/a Law Offices of Shapiro & Burson, LLP and Professional Foreclosure Corporation of Virginia. It is hereby ORDERED that civil action 3:14-cv-832 is DISMISSED with prejudice as to all Defendants. This Court retains jurisdiction for the limited purpose of enforcing the settlement agreement.

This matter is ENDED.

_____
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: February ___, 2016